CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 14 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Action Nos. 7:18-CR-00022 |
| v. ) | |
| ) | |
| ) | |
| CHRISTOPHER MICHAEL McGOWAN | |

## VETERANS TREATMENT COURT REFERRAL ORDER

Defendant Christopher Michael McGowan appeared before the undersigned for an initial appearance on April 6, 2018 on a criminal complaint. Defendant was later indicted on May 3, 2018 and charged with knowingly and willfully transmitting in interstate and foreign commerce a communication containing threat to injure person of another.

After conducting the arraignment, the court explained to the defendant the purposes of the Veterans Treatment Court ("VTC") and the significant cooperation and compliance obligations of the defendant under the VTC. Defendant, represented by the Assistant Federal Public Defender, acknowledged his understanding of the VTC and agreed to voluntarily participate in it. The Assistant United States Attorney agreed that the defendant was an appropriate candidate for VTC assessment.

Given the nature of the charges, the willingness of defendant to participate in the VTC and the support of the Assistant United States Attorney and the Assistant Federal Public Defender, it is hereby

**ORDERED**

that defendant be referred for an evaluation by the United States Probation Service and the Veterans Justice Outreach Coordinator at the Salem VAMC to determine whether defendant is an appropriate candidate for the Veterans Treatment Court.

This matter shall be set down for further proceedings on **May 17, 2018 at 3:00pm.**

The Clerk is directed to provide copies of this Order to counsel of record, the United States Probation Service and Machelle Huff, Veterans Justice Outreach Specialist, at the Salem VAMC.

Entered: May 14, 2018

Robert S. Ballou
United States Magistrate Judge